1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IKEELY JUENGAIN,                          Case No.  1:22-cv-00064-ADA-HBK (PC)

12                    Plaintiff,               ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
13          v.
                                               (ECF No.  14)
14   A. RAMIREZ,

15                    Defendant.

16

17          Plaintiff Ikeely Juengain is a state prisoner proceeding *pro se* on his complaint filed under

18   42 U.S.C. § 1983.  (Doc.  No. 1).  The matter was referred to the assigned United States

19   magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District Local Rule 302.

20          On August 12, 2022, the assigned magistrate judge issued a findings and

21   recommendations recommending the complaint be dismissed due to Plaintiff's failure to exhaust

22   his administrative remedies before initiating the lawsuit. (ECF No. 14 at 1-6).  The findings and

23   recommendations, served on plaintiff, contained notice that objections were to be filed within

24   fourteen days.  (*Id.* at 1, 6).  As of the date on this order, no objections have been filed and the

25   time to do so has expired. (*See* docket).

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

27   *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the

28   findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is **ORDERED**:

1.  The Findings and Recommendation issued on August 12, 2022 (ECF No. 14) is ADOPTED in full;

2.  The Clerk of Court is directed to terminate any pending motions/deadlines, enter judgment accordingly; and close this case.

IT IS SO ORDERED.

Dated:   __October 5, 2022__

UNITED STATES DISTRICT JUDGE

2